In the Matter of the Probate of the Will of SAMUEL J. RECKFORD, Deceased. In the Matter of the Application for a Compulsory Accounting in the Estate of FLORENCE L. RECKENDORFER, Deceased. JANET RECKFORD et al., as Executors of JOSEPH S. RECKFORD, Deceased, et al., Appellants; RICHARD P. LIMBURG, as Executor of SAMUEL J. RECKFORD, Deceased, et al., Respondents.

Submitted October 4, 1954; decided October 7, 1954.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 165.]